**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-2079**

───────────────

JOSE WALDEMAR SOTO-ALVARADO,

        Petitioner,

    v.

MERRICK B. GARLAND, Attorney general,

        Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration Appeals.

───────────────

Submitted:  November 18, 2024                    Decided:  January 7, 2025

───────────────

Before WYNN and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

**ON BRIEF:** Victor E. Legorreta, LAW OFFICES OF MICHAEL E. ROSADO, P.C., Laurel, Maryland, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Aimee J. Carmichael, Acting Assistant Director, Gregory M. Kelch, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Waldemar Soto-Alvarado, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and Soto-Alvarado's claims and conclude that the evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the denial of relief, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992). Accordingly, we deny the petition for review. *In re Soto-Alvarado* (B.I.A. Sept. 15, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*